pellees. With him on the brief was Dan L. Bagatell, of Phoenix, AZ.

Sid Leach, Snell & Wilmer L.L.P. of Phoenix, AZ, argued for defendant-appellant.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Amber N. Davis, Beusse, Wolter, Sanks, Mora & Maire, P.A., of Orlando, Florida, argued for the appellee CFM Distributing Company, Inc. and Suzanne D. Meehle, The Meehle Law Firm, P.A., of Altamonte Springs, Florida argued for Original Maryland Fired Chicken, LLC. Of counsel was Terry M. Sanks, Beusse, Wolter, Sanks, Mora & Maire, P.A., of Orlando, Florida.

RADER, Chief Judge, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Theresa COSTANTINE, as Personal Representative of the Estate of Richard Costantine, Appellant,**

v.

**C.F.M. DISTRIBUTION COMPANY, INC., and Original Maryland Fried Chicken, LLC, Appellees.**

No. 2013–1467.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2014.

Neil A. Saydah, Saydah Law Firm, of Oviedo, Florida, argued for appellant.

**JINXIANG CHENGDA IMPORT & EXPORT CO., LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**Vessey and Company, Inc., Valley Garlic, The Garlic Company, Christopher Ranch, LLC, And Fresh Garlic Producers Association, Defendants–Appellees.**

No. 2013–1422.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2014.